UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Gzim Hasangjakaj Granit Hasangjakaj, and
Gentrid Hasangjakaj, on behalf of themselves
and others similarly situated in the proposed
FLSA Collective Action,

        Plaintiffs,      JUDGMENT
 v.               22-cv-02495-RPK-SJB

A & B Fulton Corp., Dema Balidemic
(a/k/a Dema Balidemaj), Julia Balidemic
(a/k/a Julia Balidemaj), and Amy Balidemic
(a/k/a Amy Balidemaj),
        Defendants.
-----------------------------------------------------------------X

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 14, 2023; and Defendants A & B Fulton Corp., Dema Balidemic (a/k/a Dema Balidemaj), Julia Balidemic (a/k/a Julia Balidemaj), and Amy Balidemic (a/k/a Amy Balidemaj), having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Gzim Hasangjakaj Granit Hasangjakaj, and Gentrid Hasangjaka, in the total sum of Three Hundred Seventy-Five Thousand Dollars and Zero Cents ($375,000.00); and an Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on April 18, 2023, directing the Clerk of Court to enter judgment; it is

  ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Gzim Hasangjakaj Granit Hasangjakaj, and Gentrid Hasangjakaj and against Defendants A & B Fulton Corp., Dema Balidemic (a/k/a Dema Balidemaj), Julia Balidemic (a/k/a Julia Balidemaj), and Amy Balidemic (a/k/a Amy Balidemaj), in the total sum of Three Hundred Seventy-Five Thousand Dollars and Zero Cents ($375,000.00) (the "Judgment Amount"), payable as follows:

  1. A payment in the amount of Fifty Thousand Dollars and Zero Cents ($50,000) (the "Initial Payment") within ten (10) days of the Court's entry of the instant Offer of Judgment;

2. Twelve (12) installment quarterly payments in the amount of Twenty-Seven Thousand Eighty-Three Dollars and Thirty-Three Cents ($27,083.33) payable each quarter (the "Quarterly Installment Payments"), with the first Quarterly Installment Payment payable within three (3) months following payment of the Initial Payment, and the subsequent Quarterly Installment Payments payable in three (3) month installments, thereafter.

| | |
|---|---|
| Dated: Brooklyn, New York<br>April 19, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   /s/Jalitza Poveda<br>          Deputy Clerk |